Filed          25-CI-00055   01/14/2025          David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/28/2025 01:40:22
PM
25850-92

# COMMONWEALTH OF KENTUCKY
## BOONE CIRCUIT COURT
### DIVISION NO. _____
### CASE NO.  25-CI- _____
### *Electronically Filed*

**ERIN KREMER**                                                                **PLAINTIFF**
**70 Bon Jan Lane**
**Highland Heights, KY 41076**


**VS.**


**NAMDAR REALTY GROUP, LLC**
**150 Great Neck Road, Suite 304**
**Great Neck, NY 11021**
**(SERVE:      THE LLC**
 **150 Great Neck Road, Suite 304**
 **Great Neck, NY 11021**
 **BY: Secretary of State)**


**AND**


**DUSTY'S LAWN CARE**
**201 Adams Street, P.O. Box 104**
**Chunky, MS 39323**
**(SERVE:     Kentucky Secretary of State**
 **700 Capital Avenue, Suite 152**
 **Frankfort, KY 40601**
 **BY: Certified Mail)**


**AND**


**DUSTY JONES, INDIVIDUALLY AND AS**
**OWNER/ OPERATOR OF DUSTY'S**
**LAWN CARE**
**201 Adams Street, P.O. Box 104**
**Chunky, MS 39323**
**(SERVE:      Kentucky Secretary of State**
 **700 Capital Avenue, Suite 152**
 **Frankfort, KY 40601**
 **BY: Certified Mail)**

1

Filed          25-CI-00055   01/14/2025          David S. Martin, Boone Circuit Clerk

Filed    25-CI-00055 01/14/2025         David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT

PM

03/28/2025 01:40:22

25850-92

AND

**DIVERSIFIED COMMERCIAL SERVICES, LLC**          **DEFENDANTS**
411 W. Chapel Hill Street
Suite C-2
Durham, NC 27701
(SERVE:      Rick Swinarski - Registered Agent
             P.O. Box 12073
             Durham, NC 27709
             BY: Secretary of State)

## COMPLAINT WITH JURY DEMAND

Comes now the Plaintiff, Erin Kremer, by and through counsel, and for her Complaint against the Defendants, Namdar Realty Group, LLC, Dusty's Lawn Care, Dusty Jones, Individually and Owner/Operator of Dusty's Law Care and Diversified Commercial Services, LLC states as follows:

1.     That the Plaintiff, Erin Kremer, resides at 70 Bon Jan Lane, Highland Heights, Campbell County, Kentucky 41076.

2.     That the Defendant, Namdar Realty Group, LLC, is a limited liability company authorized by Kentucky statute and doing business in Kentucky and whose principal office is located at 150 Great Neck Road, Suite

304, Great Neck, New York and which company is the deed holder and owner for the property located at and known as the Florence Mall, 2028 Florence Mall, Florence, Boone County, Kentucky.

3.     That the Defendant, Dusty's Lawn Care, is located at 201 Adams Street, Chunky, Mississippi 39323.

2

Filed                    25-CI-00055 01/14/2025          David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT
03/28/2025 01:40:22 PM
25850-92

4.      That Dusty Jones is the owner/operator of Dusty's Lawn Care and is believed to reside at 201 Adams Street, Chunky, Mississippi 39323.

5.      That the Defendant, Diversified Commercial Services, LLC, is a limited liability company authorized and doing business in Kentucky and whose principal office is located at 411 W. Chapel Hill Street, Suite C-2, Durham, North Carolina.

6.      That the Defendant, Namdar Realty Group, LLC, as owner of said property located at Florence Mall, 2028 Florence Mall Road, Florence, Boone County, Kentucky had a duty to exercise ordinary care for its invitees and specifically Plaintiff, Erin Kremer, and to provide a safe, clean, unobstructed property for use by its invitees and for use by Plaintiff.

7.      That on or about January 20, 2024, the Co-Defendants, Namdar Realty Group, LLC and Dusty's Lawn Care, Dusty Jones, Individually and Owner/Operator of Dusty's Lawn Care and Diversified Commercial Services, LLC, their agents, employees contractors, subcontractors, supervisors and managers had a duty to maintain the property located at the Florence Mall, 2028 Florence Mall, Florence, Boone County, Kentucky in a safe, clean and unobstructed condition clear from snow and hidden ice and for use by its invitees and for use by Plaintiff, but which duty the Co-Defendants did breach all to the detriment and damage of Plaintiff and in such amounts as the proof may show.

8.      That on or about January 20, 2024, the Co-Defendants, Namdar Realty Group, LLC, Dusty's Lawn Care, Dusty Jones, Individually and Owner/Operator of Dusty's Lawn Care and Diversified Commercial Services, LLC, their agents, employees, contractors, subcontractors, managers and supervisors had a joint and several duty to warn the Plaintiff, public and invitees of the dangerous condition of their parking lot and walkways and specifically of the snow and hidden

3

Filed
25-CI-00055 01/14/2025                    David S. Martin, Boone Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL
03/28/2025 01:40:22

25850-92

ice, but which duty the Co-Defendants did breach.

9.      That on or about January 20, 2024, while the Plaintiff, Erin Kremer, was walking through the parking lot she was caused to and did slip and fall as a direct result of the Co-Defendant, joint and several negligence in not properly cleaning the snow and ice from the parking lot and which icy condition was known to the Co-Defendants, Namdar Realty Group, LLC, Dusty's Lawn Care, Dusty Jones, Individually and Owner/Operator of Dusty's Lawn Care and Diversified Commercial Services, LLC, their agents, employees, contractors, subcontractors, managers and supervisors or should have been known to the Defendants, Namdar Realty Group, LLC, Dusty's Lawn Care, Dusty Jones, Individually and Owner/Operator of Dusty's Lawn Care and Diversified Commercial Services, LLC should have been known to them by the exercise of ordinary care, and was unknown to the Plaintiff prior to the time that she slipped and fell.

10.     As a direct and proximate result of Plaintiff's fall, and of the joint and several negligence of the Co-Defendants, Namdar Realty Group, LLC, Dusty's Lawn Care, Dusty Jones, Individually and Owner/Operator of Dusty's Lawn Care and Diversified Commercial Services, LLC, their agents, employees, contractors, subcontractors, managers and supervisors the Plaintiff while walking through the parking lot slipped and fell and which fall caused serious injury to her right shoulder and right neck and for which injury the Co-Defendants are jointly and severally liable to Plaintiff in such amounts as the proof may show.

11.     That as a further and direct result of the joint and several negligence of the Co-Defendants, Namdar Realty Group, LLC, Dusty's Lawn Care Dusty Jones, Individually and Owner/Operator of Dusty's Lawn Care and Diversified Commercial Services, LLC and due to the failure to exercise ordinary care by their agents, employees, contractors, subcontractors, managers

Filed                    25-CI-00055 01/14/2025                    David S. Martin, Boone Circuit Clerk

Filed

DOCUMENT

PM

NOT ORIGINAL

03/28/2025 01:40:22

25850-92

and supervisors and as a result of Plaintiff's injuries, she has suffered pain, suffering, anxiety, physical impairments, and psychological injuries, medical expenses, lost wages, impairment to earn an income, loss of enjoyment of life, all past, present and future.

12.     That the Co-Defendants, Namdar Realty Group, LLC, Dusty's Lawn Care, Dusty Jones, Individually and Owner/Operator of Dusty's Lawn Care and Diversified Commercial Services, LLC, jointly and several negligence, their agents, employees, contractors, subcontractors, managers and supervisors knew or should have known of the dangerous conditions, but despite said knowledge failed to warn their invitees of the unsafe and dangerous condition of their premises all to the detriment and damage of Plaintiff in such amounts as the proof may show.

13.     That the Co-Defendants, Namdar Realty Group, LLC, Dusty's Lawn Care, Dusty Jones, Individually and Owner/Operator of Dusty's Lawn Care and Diversified Commercial Services, LLC, are jointly and severally liable for all damages, general and special, proximately caused by their negligence and breach of the standard of care owed Plaintiff by them, their agents, employees, contractors, subcontractors, managers and supervisors.

14.     That upon information and belief Namdar Realty Group, LLC through its managers, members, employees, contractors and subcontractor entered into a service contract with Diversified Commercial Services, LLC and agreed to provide services to clear and maintain snow and to salt the premises and to provide similar such services as needed and which contract was breached due to Defendant's negligent hiring and negligent retention of a company and its agents, members, contractors, subcontractors, employees and supervisors who failed to perform its duties as required and which breach of duties was all to the detriment and damage of Plaintiff

5

Filed

DOCUMENT

PM

NOT ORIGINAL

03/28/2025 01:40:22

25850-92

in such amounts as the proof may show.

15.    That upon information and belief Diversified Commercial Services, LLC, through its managers, members, employees, contractors and subcontractor entered into a service contract with Dusty's Lawn Care, Dusty Jones, Individually and Owner/Operator of Dusty's Lawn Care agreed to provide services to clear and maintain snow and to salt the premises and to provide similar such services as needed and which contract was breached due to Defendant's negligent hiring and negligent retention of a company and its agents, members, contractors, subcontractors, employees and supervisors who failed to perform its duties as required and which breach of duties was all to the detriment and damage of Plaintiff in such amounts as the proof may show.

16.    That the amount in controversy is in excess of the minimum jurisdictional limit of this Court.

**WHEREFORE,** the Plaintiff, Erin Kremer, pray for judgment against the Co-Defendants, Namdar Realty Group, LLC, Dusty's Lawn Care, Dusty Jones, Individually and Owner/Operator of Dusty's Lawn Care and Diversified Commercial Services, LLC, who shall be determined to be jointly and severally liable for compensatory and special damages to compensate her for her injuries, medical bills, physical pain and suffering, anxiety and mental suffering, lost wages, impairment to earn an income, loss of enjoyment of life, all past, present and future, for her Court costs herein expended including reasonable attorney's fee and actual attorney's fees; for prejudgment interest; for negligent hiring, negligent retention of the Co-Defendants; and for all other relief to which she may be entitled, including a trial by jury.

Filed          25-CI-00055  01/14/2025          David S. Martin, Boone Circuit Clerk

Filed                                                                                   NOT ORIGINAL

DOCUMENT

PM                                                                                      03/28/2025 01:40:22

Respectfully submitted,

/s/Robert E. Blau
ROBERT E. BLAU, #05845
ATTORNEY FOR PLAINTIFF
Blau & Kriege, PLLC
3699 Alexandria Pike
Cold Spring, KY  41076
859/441-5400

25850-92

7

NOT ORIGINAL DOCUMENT

03/28/2025 01:40:57 PM

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | Doc. Code: CI | | Case No. 25-CI- |
|---|---|---|---|
| | | **CIVIL SUMMONS** | Court  ☑ Circuit  ☐ District<br>County  Boone 25850-92 |

**PLAINTIFF**

Erin Kremer

**VS.**

**DEFENDANT**

Namdar Realty Group, LLC
150 Great Neck Road, Suite 304
Great Neck, NY  11021

**Service of Process Agent for Defendant:**

SERVE:  The LLC

150 Great Neck Road, Suite 304

Great Neck, NY  11021

BY:  Secretary of State - Certified Mail)

**THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____          _____Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title

---

NOT ORIGINAL DOCUMENT

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 25-CI-<br><br>Court  ☑ Circuit  ☐ District<br><br>County  Boone  25850-92 |
|---|---|---|

03/28/2025 01:40:57 PM

**PLAINTIFF**

Erin Kremer

**VS.**

**DEFENDANT**

Dusty's Lawn Care
201 Adams Street, P.O. Box 104
Chunky, MS  39323

**Service of Process Agent for Defendant:**

SERVE:  Kentucky Secretary of State

700 Capital Avenue, Suite 152

Frankfort, KY  40601

BY: Certified Mail

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____        _____Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title

---

Filed          25-CI-00055 01/14/2025          David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT

03/28/2025 01:40:57 PM

| AOC-105 | Doc. Code: CI | | Case No. | 25-CI- |
|---|---|---|---|---|
| Rev. 1-07 | | | Court | ☑ Circuit ☐ District |
| Page 1 of 1 | | | County | Boone 25850-92 |
| Commonwealth of Kentucky | | | | |
| Court of Justice   www.courts.ky.gov | | **CIVIL SUMMONS** | | |
| CR 4.02; CR Official Form 1 | | | | |

**PLAINTIFF**

Erin Kremer

**VS.**

**DEFENDANT**

Dusty Jones, Individuall and as

Owner/Operator of Dusty's Lawn Care

201 Adams Street, P.O. Box 104

Chunky, MS  39323

**Service of Process Agent for Defendant:**

SERVE:  Kentucky Secretary of State

700 Capital Avenue, Suite 152

Frankfort, KY  40601

BY: Certified Mail

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____     _____Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title

---

NOT ORIGINAL

DOCUMENT

PM

03/28/2025 01:40:57

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. **25-CI-**<br>Court  ☑ Circuit  ☐ District<br>County  Boone **25850-92** |

**PLAINTIFF**

Erin Kremer

**VS.**

**DEFENDANT**

Dusty Jones, Individually and as

Owner/Operator of Dusty's Lawn Care

201 Adams Street, P.O. Box 104

Chunky, MS  39323

**Service of Process Agent for Defendant:**

SERVE:  Kentucky Secretary of State

700 Capital Avenue, Suite 152

Frankfort, KY  40601

BY: Certified Mail

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____    _____Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title

---

NOT ORIGINAL

| AOC-105 | Doc. Code: CI | | | Case No. | 25-CI- |
|---|---|---|---|---|---|
| Rev. 1-07 | | | | | 03/28/2025 01:40:57 |
| Page 1 of 1 | | | | Court | ☑ Circuit ☐ District |
| Commonwealth of Kentucky | | | | | |
| Court of Justice   www.courts.ky.gov | | | | County | Boone 25850-92 |
| CR 4.02; CR Official Form 1 | | **CIVIL SUMMONS** | | | |

**PLAINTIFF**

Erin Kremer

**VS.**

**DEFENDANT**

Diversified Commercial Services,        LLC

411 W. Chapel Hill Street

Suite C-2

Durham, NC  27701

**Service of Process Agent for Defendant:**

SERVE:  Rick Swinarski - Registered Agent

P.O. Box 12073

Durham, NC  27709

BY: Secretary of State - Certified Mail

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

    You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

    The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____        _____ Clerk

                By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

               Served by: _____

                         _____ Title

| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **25-CI-00055**<br>Court:  **CIRCUIT**<br>County: **BOONE** |

NOT ORIGINAL DOCUMENT<br>03/28/2025 01:41:0<br>25850-92

*Plantiff,* **KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL**, *Defendant*

TO:  **NAMDAR REALTY GROUP, LLC**

**150 GREAT NECK ROAD, SUITE 304**

**GREAT NECK, NY 11021**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David S. Martin, Boone
Circuit Clerk
Date: **1/14/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To:  _____

☐ Not Served because:  _____

Date: _____ , 20 _____

_____
Served By

_____
Title

---

Summons ID: @90005749184
CIRCUIT: 25-CI-00055 Long Arm Statute – Secretary of State
KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL



Page 1 of 1



AOC-E-105        Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1



Case #: **25-CI-00055**

Court: **CIRCUIT**

County: **BOONE**

03/28/2025 01:41:1

25850-92

# CIVIL SUMMONS

*Plantiff,* **KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL**, *Defendant*

TO:  **DUSTY'S LAWN CARE**

**201 ADAMS STREET, P.O. BOX 104**

**CHUNKY, MS 39323**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David S. Martin, Boone
Circuit Clerk
Date: **1/14/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

---

Summons ID: @90005749185
CIRCUIT: 25-CI-00055 Long Arm Statute – Secretary of State
KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL



Page 1 of 1





| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | CIVIL SUMMONS | Case #: **25-CI-00055**<br>Court: **CIRCUIT**<br>County: **BOONE** |

*Plantiff,* **KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL**, *Defendant*

TO:  **DUSTY JONES**
 **201 ADAMS STREET, P.O. BOX 104**
 **CHUNKY, MS 39323**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

 /s/ David S. Martin, Boone
 Circuit Clerk
 Date: **1/14/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

 To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @90005749186
CIRCUIT: 25-CI-00055 Long Arm Statute – SOS - Restricted Delivery
KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL



Page 1 of 1





| AOC-E-105    Sum Code: CI | | Case #: **25-CI-00055** NOT ORIGINAL |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **BOONE** 03/28/2025 01:41:2 |
| Court of Justice    *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | 25850-92 |

*Plantiff,* **KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL**, *Defendant*

TO: **DIVERSIFIED COMMERCIAL SERVICES, LLC**

**411 W. CHAPEL HILL STREET, SUITE C-2**

**DURHAM, NC 27701**

Memo: Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

 /s/ David S. Martin, Boone
Circuit Clerk
 Date: **1/14/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____

   _____
   Served By

   _____
   Title

---

Summons ID: @90005749187
CIRCUIT: 25-CI-00055 Long Arm Statute – Secretary of State
KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL



Page 1 of 1





| | | |
|---|---|---|
| AOC-E-105        Sum Code: CI<br>Rev. 9-14 | | Case #: **25-CI-00055**   NOT ORIGINAL DOCUMENT |
| Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov* | | Court:   **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County:   **BOONE**  03/28/2025 01:41:3<br>25850-92 |

*Plantiff,* **KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL**, *Defendant*

TO:  **THE LLC**

   **150 GREAT NECK ROAD, SUITE 304**

   **GREAT NECK, NY 11021**

Memo: Related party is NAMDAR REALTY GROUP, LLC

The Commonwealth of Kentucky to Defendant:
**NAMDAR REALTY GROUP, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

   /s/ David S. Martin, Boone
   Circuit Clerk
   Date: **1/14/2025**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____ , 20 _____          _____
                                                                  Served By

                                                                  _____
                                                                  Title

Summons ID: @90005749188
CIRCUIT: 25-CI-00055 Long Arm Statute – Secretary of State
KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL



Page 1 of 1



| AOC-E-105    Sum Code: CI | | Case #: **25-CI-00055** |
|---|---|---|
| Rev. 9-14 |  | Court:  **CIRCUIT** |
| Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov* | | County:  **BOONE** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

NOT ORIGINAL DOCUMENT
03/28/2025 01:41:4
25850-92

*Plantiff,* **KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL**, *Defendant*

TO:  **RICK SWINARSKI**

   **P.O. BOX 12073**

   **DURHAM, NC 27709**

Memo: Related party is DIVERSIFIED COMMERCIAL SERVICES, LLC

The Commonwealth of Kentucky to Defendant:
**DIVERSIFIED COMMERCIAL SERVICES, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

   /s/ David S. Martin, Boone
   Circuit Clerk
   Date: **1/14/2025**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @90005749189
CIRCUIT: 25-CI-00055 Long Arm Statute – Secretary of State
KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL



Page 1 of 1



NOT ORIGINAL

DOCUMENT

PM

Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Boone County
6025 Rogers Lane
Burlington, KY 41005-0586

FILED
BOONE CIRCUIT/DISTRICT COURT
MAR 10 2025
DAVID S. MARTIN, CLERK
BY:_____.D.C.

FROM:       SUMMONS DIVISION
            SECRETARY OF STATE

RE:         CASE NO: 25-CI-00055

DEFENDANT:  **RICK SWINARSKI**

DATE:       March 4, 2025

USPS Certified Mail ID: 9202992267700103283194

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

January 15, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

January 15, 2025

To date, this office has received neither the postal return receipt card, nor the undelivered letter. Should we receive either, a supplemental return to the court will be made.

NOT ORIGINAL

| AOC-104         Doc. Code: CCCS | | CIVIL CASE COVER SHEET | Case No.: 25-CI- 03/28/2025 01:41:55 |
|---|---|---|---|

DOCUMENT

**AOC-104**          Doc. Code: CCCS
Rev. 1-24
Page 1 of 1

Commonwealth of Kentucky
Court of Justice      www.kycourts.gov

**CIVIL CASE COVER SHEET**

Case No.: 25-CI-

Court: Circuit

County: Boone  25850-92

Division: Civil

PLAINTIFF/PETITIONER *OR* IN RE/IN THE INTEREST OF:
Erin Kremer

DEFENDANT/RESPONDENT, *if applicable:*
Namdar Realty Group, LLC, et al.

☐   Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
     (a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:**   Place a "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS** *eFile Only*
☐ Dissolution/Divorce with Children (DISSOC)
☐ Dissolution/Divorce without Children (DISSO)
☐ Paternity (PA)
☐ Custody (CUSTO)
☐ Child Support IV-D (SUPIV)
☐ Child Support Private Non IV-D (SUPPRI)
☐ URESA/UIFSA (UR)
☐ Visitation/Parenting Time (VISIT)
☐ Voluntary Termination of Parental Rights (VTPR)
☐ Involuntary Termination of Parental Rights (ITPR)
☐ Adoption (ADPT)
☐ Other: (DFOTH) *eFile not required*

**PROBATE / ESTATE** *eFile Only*
☐ Guardianship-Adult (GCADLT) *eFile not required*
☐ Guardianship-Juvenile (GCJUV)
☐ Adult Conservatorship - Trusteeship (CONSVA)
☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
☐ Probate-Testate (with a will) (PBTEST)
☐ Probate-Intestate (without a will) (PBINT)
☐ Petition to Dispense with Administration (PBDIS)
☐ Name Change (NC)
☐ Will Contest (WC)
☐ Other: (PBOTH) *eFile not required*

**TORT** (Injury) *eFile Only*
☐ Automobile (AUTO)
☐ Intentional (INTENT)
☐ Malpractice-Medical (MDML)
☐ Malpractice-Other (MLOTH)

☑ Premises Liability (PREM)
☐ Product Liability (PROD)
☐ Property Damage (PD)
☐ Slander/Libel/Defamation (SLAND)
☐ Other: (PIOTH)

**REAL PROPERTY**
☐ Abandoned and Blighted Property Conservatorship (PC) *eFile Only*
☐ Property Rights (PR) *eFile Only*
☐ Condemnation (DOMAIN)
☐ Forcible Detainer - Eviction (FD) *eFile Only*
☐ Forcible Entry (FENTRY)
☐ Foreclosure (FCL) *eFile Only*
☐ Other: (COOTH) *eFile Only*

**EMPLOYMENT** *eFile Only*
☐ Employment-Discrimination (DSCR)
☐ Employment-Other (DISPU)

**CONSUMER** *eFile Only*
☐ Seller Consumer Goods (DEBTG)
☐ Seller Consumer Services (DEBTS)
☐ Buyer Consumer Goods (BUYERG)
☐ Buyer Consumer Services (BUYERS)
☐ Credit Card Debt (CREDIT)
☐ Fraud (FRAUD)
☐ Other: (COOTH)

**APPEALS**
☐ Appeal from Administrative Agency (AB)
☐ Appeal from District Court (XI)
☐ Other: (OTH)

**MISC CIVIL**
☐ Constitutional Challenge (CCHAL)
☐ Habeas Corpus (HABEAS)
☐ Non-Domestic Relations Restraining Order (IP)
☐ Tax (TAX)
☐ Writs (WRITS)
☐ Other: (OTH)

**BUSINESS/COMMERCIAL** *eFile Only*
☐ Business Tort (BCPI)
☐ Statutory Action (BCSA)
☐ Business Contract Dispute (BCCO)
☐ Other: (BCOTH)



**Commonwealth of Kentucky**
**David S. Martin, Boone Circuit Clerk**

NOT ORIGINAL DOCUMENT

03/28/2025 01:42:02 PM

| | |
|---|---|
| **Case #:** 25-CI-00055 | **Envelope #:** 9650603 |
| **Received From:** ROBERT BLAU | **Account Of:** ROBERT BLAU  25850-92 |
| **Case Title:** KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL | **Confirmation Number:** 194391115 |
| **Filed On** 1/14/2025  3:59:40PM | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 5 | Money Collected For Others(Secretary of State Electronic Services) | $50.00 |
| 6 | Money Collected For Others(Secretary of State Electronic Services) | $17.90 |
| 7 | Money Collected For Others(Secretary of State Service Copies) | $1.50 |
| 8 | Money Collected For Others(Secretary of State Service Copies) | $7.50 |
| 9 | Library Fee | $1.00 |
| 10 | Civil Filing Fee | $150.00 |
| 11 | Charges For Services(Attestation) | $0.50 |
| 12 | Charges For Services(Attestation) | $0.50 |
| 13 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $368.90 |



Boone County

David Martin

Circuit Court Clerk

**Receipt Number: 24-0062816-A**

DATE: 01/15/2025

TIME: 08:08 AM EST

*** (Z) OTHER TYPE RECEIPT ***

**CASE NO: 25-CI-00055**

RECEIVED FROM: ROBERT  BLAU

ACCOUNT OF: KREMER, ERIN VS. NAMDAR REALTY GROUP, LLC ET AL

PARTY NAME: ROBERT  BLAU

| | | |
|---|---|---|
| 1. | ATJ Fee (1) | $20.00 |
| 2. | Civil Filing Fee (Q) | $150.00 |
| 3. | Court Technology MCFO(K(CT)) | $20.00 |
| 4. | Library Fee (L) | $1.00 |
| 5. | Court Facilities Fee ([) | $25.00 |
| 6. | Att Tax Fee MCFO(K(Q)) | $5.00 |
| 7. | Jury Demand / 12 CS(W(M)) | $70.00 |
| 8. | Secretary of State Electronic Service MCFO(K(SOSES)) | $50.00 |
| 9. | Secretary of State Service Copies MCFO(K(SOSSC)) | $7.50 |
| 10. | Attestation CS(W(C)) | $0.50 |
| 11. | Secretary of State Electronic Service MCFO(K(SOSES)) | $17.90 |
| 12. | Secretary of State Service Copies MCFO(K(SOSSC)) | $1.50 |
| 13. | Attestation CS(W(C)) | $0.50 |
| | TOTAL: | $368.90 |

CREDIT CARD:                    $368.90

***DIFF:                    $0.00

*** Credit Card Invoice #: 194391115
ID#: 30

**AL DOCUMENT**

**PM**

9650603

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*** MultiReceipt/MassReceipt Transaction ***

Reprint : 1/15/2025  11:17:41AM

Prepared By: Web_Payment

Pay Online Visit:

www.kycourts.gov    and click on Pay Fine/Fee.

Reprint

Filed 25-CI-00055 01/21/2025 David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT

01:42:17 PM

03/28/2025

25850-92



| | |
|---|---|
| Michael G. Adams<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718<br>Phone: (502) 564-3490<br>Fax: (502) 564-5687 |

Circuit Court Clerk
Boone County
6025 Rogers Lane
Burlington, KY 41005-0586

FROM:      SUMMONS DIVISION
           SECRETARY OF STATE

RE:        CASE NO: 25-CI-00055

DEFENDANT: THE LLC

DATE:      January 21, 2025

USPS Certified Mail ID:   9202992267700103283170

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

January 15, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

January 15, 2025

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

DOCUMENT

Filed          25-CI-00055      01/21/2025          David S. Martin, Boone Circuit Clerk  5/28/2025

01:42:17

**UNITED STATES**
**POSTAL SERVICE**

25850-92

January 21, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9202 9922 6770 0103 2831 70**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 21, 2025, 12:51 pm |
| **Location:** | GREAT NECK, NY 11021 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

DOCUMENT

01:42:27 PM

NOT ORIGINAL

03/28/2025

25850-92



| Michael G. Adams | **Commonwealth of Kentucky** | Summons Division |
|---|---|---|
| Secretary of State | **Office of the Secretary of State** | PO BOX 718 |
| | | FRANKFORT, KY 40602-0718 |
| | | Phone: (502) 564-3490 |
| | | Fax: (502) 564-5687 |

Circuit Court Clerk
Boone County
6025 Rogers Lane
Burlington, KY 41005-0586

FROM:          SUMMONS DIVISION
               SECRETARY OF STATE

RE:            CASE NO: 25-CI-00055

DEFENDANT:     NAMDAR REALTY GROUP, LLC

DATE:          January 21, 2025

USPS Certified Mail ID:   9202992267700103283187

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

January 15, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

January 15, 2025

We are enclosing the return receipt confirming receipt of summons.

**DOCUMENT**

Filed   25-CI-00055   01/21/2025   David S. Martin, Boone Circuit Clerk 5/28/2025

01:42:27 PM

**UNITED STATES POSTAL SERVICE**

25850-92

January 21, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number: **9202 9922 6770 0103 2831 87**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 21, 2025, 12:51 pm |
| **Location:** | GREAT NECK, NY 11021 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Filed   25-CI-00055   01/21/2025   David S. Martin, Boone Circuit Clerk

Filed    25-CI-00055    01/24/2025    David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT

01:42:34 PM

03/28/2025

25850-92



| Michael G. Adams<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718<br>Phone: (502) 564-3490<br>Fax: (502) 564-5687 |
|---|---|---|

Circuit Court Clerk
Boone County
6025 Rogers Lane
Burlington, KY 41005-0586

FROM:          SUMMONS DIVISION
               SECRETARY OF STATE

RE:            CASE NO: 25-CI-00055

DEFENDANT:     DUSTY JONES

DATE:          January 24, 2025

USPS Certified Mail ID:    9202992267700103283231

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

January 15, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

January 15, 2025

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

000001 of 000002

Filed    25-CI-00055    01/24/2025    David S. Martin, Boone Circuit Clerk

**DOCUMENT**
Filed        25-CI-00055        01/24/2025        David S. Martin, Boone Circuit Clerk    5/28/2025
01:42:34 PM

**UNITED STATES POSTAL SERVICE**

25850-92

January 24, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number: **9202 9922 6770 0103 2832 31**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | January 24, 2025, 10:13 am |
| **Location:** | CHUNKY, MS 39323 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Filed        25-CI-00055        01/24/2025        David S. Martin, Boone Circuit Clerk

Filed        25-CI-00055    01/24/2025                David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT
01:42:47 PM
03/28/2025
25850-92



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Boone County
6025 Rogers Lane
Burlington, KY 41005-0586

FROM:         SUMMONS DIVISION
              SECRETARY OF STATE

RE:           CASE NO: 25-CI-00055

DEFENDANT:    DUSTY"S LAWN CARE

DATE:         January 24, 2025

USPS Certified Mail ID:    9202992267700103283200

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

January 15, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

January 15, 2025

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

Filed                25-CI-00055    01/24/2025                David S. Martin, Boone Circuit Clerk 2/28/2025
01:42:47 PM

**UNITED STATES**
**POSTAL SERVICE**

25850-92

January 24, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9202 9922 6770 0103 2832 00**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | January 24, 2025, 10:13 am |
| **Location:** | CHUNKY, MS 39323 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Filed                25-CI-00055    01/24/2025                David S. Martin, Boone Circuit Clerk

COR : 000002 of 000002

NOT ORIGINAL
DOCUMENT
01:42:59 PM



**03/28/2025**

**25850-92**

| | | |
|---|---|---|
| Michael G. Adams<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718<br>Phone: (502) 564-3490<br>Fax: (502) 564-5687 |

Circuit Court Clerk
Boone County
6025 Rogers Lane
Burlington, KY 41005-0586

FROM:         SUMMONS DIVISION
                SECRETARY OF STATE

RE:             CASE NO: 25-CI-00055

DEFENDANT:     DIVERSIFIED COMMERCIAL SERVICES, LLC

DATE:           January 30, 2025

USPS Certified Mail ID:    9202992267700103283217

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

January 15, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

January 15, 2025

We are enclosing the return receipt confirming receipt of summons.

COR : 000002 of 000002

Kentucky Secretary of State's      Summons Division                            1/30/2025
Office
Filed    25-CI-00055    01/30/2025      David S. Martin, Boone Circuit Clerk

DOCUMENT
Filed        25-CI-00055        01/30/2025        David S. Martin, Boone Circuit Clerk 1/30/2025
01:42:59 PM

**UNITED STATES POSTAL SERVICE**

25850-92

January 30, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9202 9922 6770 0103 2832 17**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | January 30, 2025, 3:23 pm |
| **Location:** | DURHAM, NC 27703 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

**Recipient Signature**

Signature of Recipient: *[signature]* Lisa Simms

411 W CHAPEL HILL ST
DURHAM, NC 27701-3272

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

COR : 000002 of 000002

Filed          25-CI-00055       02/07/2025          David S. Martin, Boone Circuit Clerk

NOT ORIGINAL

03/28/2025 01:43:07

25850-92

**COMMONWEALTH OF KENTUCKY**
**BOONE CIRCUIT COURT**
**CASE NO. 25-CI-00055**

**ERIN KREMER**                                                    **PLAINTIFF**

**v.**

**NAMDAR REALTY GROUP, et al.**                      **DEFENDANTS**

---

**ENTRY OF APPEARANCE**

---

Notice is hereby given of the appearance of Brandon N. Voelker of the law firm of GATLIN VOELKER, PLLC, 50 E Rivercenter Blvd, Ste 1275, Covington, KY 41011, as counsel for Defendant, Diversified Commercial Services, LLC, in the above-captioned matter.  Please direct all further correspondence in this matter to the undersigned at the address listed.

Respectfully submitted,

*/s/Brandon N. Voelker*
Brandon N. Voelker (88076)
GATLIN VOELKER, PLLC
50 E Rivercenter Blvd, Ste 1275
Covington, KY 41011
Phone: (859) 781-9100
bvoelker@gatlinvoelker.com
*Counsel for Defendant Diversified*
*Commercial Services, LLC*

EA : 000001 of 000002

Filed        25-CI-00055   02/07/2025                                    David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT

03/28/2025 01:43:07
PM

25850-92

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via regular U.S.

Mail, postage paid and/or electronic mail, this 7th day of February 2025, upon the following:

Robert E. Blau
BLAU & KRIEGE, PLLC
3699 Alexandria Pike
Cold Spring, KY 41076
*Counsel for Plaintiff*

NAMDAR REALTY GROUP, LLC
150 Great Neck Road, Suite 304
Great Neck, NY 11021

DUSTY'S LAWN CARE
Kentucky Secretary of State
700 Capital Avenue, Suite 152
Frankfort, KY 40601

DUSTY JONES
Kentucky Secretary of State
700 Capital Avenue, Suite 152
Frankfort, KY 40601

DIVERSIFIED COMMERCIAL
SERVICES, LLC
Rick Swarinski
P.O. Box 12073
Durham, NC 27709

*/s/ Brandon N. Voelker*
Brandon N. Voelker (88076)

Filed 25-CI-00055 02/12/2025 David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/28/2025 01:43:17
PM
25850-92

**COMMONWEALTH OF KENTUCKY**
**BOONE CIRCUIT COURT**
**DIVISION III**
**CASE NO. 25-CI-00055**

**ERIN KREMER**                                                                                          **PLAINTIFF**

**v.**

**DUSTY'S LAWN CARE, *et al.***                                                          **DEFENDANTS**

---

### ANSWER OF DEFENDANTS, DUSTY'S LAWN CARE AND DUSTY JONES
### *(Filed Electronically)*

---

The Defendants, Dusty's Lawn Care and Dusty Jones, individually and as owner/operator of Dusty's Lawn Care, by and through counsel, for their Answer to the Complaint, state as follows:

1.      Defendants deny the averments in paragraph 1 of the Complaint for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

2.      Defendants deny the averments in paragraph 2 of the Complaint for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

3.      Defendants admit the averments in paragraph 3 of the Complaint.

4.      Defendants admit the averments in paragraph 4 of the Complaint.

5.      Defendants deny the averments in paragraph 5 of the Complaint for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

6.      Defendants deny the averments in paragraph 6 of the Complaint for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

1

ANS : 000001 of 000005

Filed 25-CI-00055 02/12/2025 David S. Martin, Boone Circuit Clerk

Filed          25-CI-00055       02/12/2025          David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT

03/28/2025 01:43:17 PM

25850-92

7.      As to Dusty Jones and Dusty's Lawn Care, Defendants deny the averments in paragraph 7 of the Complaint and deny all remaining averments as to the other Defendants for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

8.      As to Dusty Jones and Dusty's Lawn Care, Defendants deny the averments in paragraph 8 of the Complaint and deny all remaining averments as to the other Defendants for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

9.      As to Dusty Jones and Dusty's Lawn Care, Defendants deny the averments in paragraph 9 of the Complaint and deny all remaining averments as to the other Defendants for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

10.     As to Dusty Jones and Dusty's Lawn Care, Defendants deny the averments in paragraph 10 of the Complaint and deny all remaining averments as to the other Defendants for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

11.     As to Dusty Jones and Dusty's Lawn Care, Defendants deny the averments in paragraph 11 of the Complaint and deny all remaining averments as to the other Defendants for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

12.     As to Dusty Jones and Dusty's Lawn Care, Defendants deny the averments in paragraph 12 of the Complaint and deny all remaining averments as to the other Defendants for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

13.     As to Dusty Jones and Dusty's Lawn Care, Defendants deny the averments in paragraph 13 of the Complaint and deny all remaining averments as to the other Defendants for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

14.     Defendants deny the averments in paragraph 14 of the Complaint for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

2

Filed          25-CI-00055       02/12/2025          David S. Martin, Boone Circuit Clerk

ANS : 000002 of 000005

Filed        25-CI-00055    03/12/2025        David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT

03/28/2025 01:43:17
PM

25850-92

15.     Defendants deny the averments in paragraph 15 of the Complaint for lack of information or knowledge sufficient to form a belief as to their truth or falsity.

16.     Defendants deny the averments in paragraph 16 of the Complaint.

### FIRST DEFENSE

1.     The Complaint fails to allege facts sufficient to state a claim against Defendants upon which relief may be granted.

### SECOND DEFENSE

2.     If the Plaintiff was injured and/or damaged as alleged in the Complaint, her injuries and/or damages were caused solely as a result of her own failure to exercise ordinary care for her own safety and protection.

### THIRD DEFENSE

3.     Alternatively, if Plaintiff was injured and/or damaged as alleged in the Complaint, her injuries and/or damages were caused and brought about by the acts or omissions of a third party over whom Defendants had no control, and for whose acts or omissions, Defendants are neither liable nor responsible to the Plaintiff.

### FOURTH DEFENSE

4.     Alternatively, if Plaintiff was injured and/or damaged as alleged in the Complaint, her injuries and/or damages were due to an intervening, superseding cause outside the realm of knowledge, foreseeability or control of Defendants.

### FIFTH DEFENSE

5.     Alternatively, Plaintiff has failed to mitigate her damages.

3

ANS : 000003 of 000005

Filed 25-CI-00055 02/12/2025 David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT
03/28/2025 01:43:17 PM
25850-92

## SIXTH DEFENSE

6. Alternatively, if Plaintiff was injured and/or damaged as alleged in the Complaint, her injuries and/or damages were due to an Act of God.

## SEVENTH DEFENSE

7. Plaintiff is estopped to assert the claims alleged in her Complaint.

## EIGHTH DEFENSE

8. At all times referenced in the Complaint, Defendants' actions were reasonable, proper, justified, legal and undertaken without any wrongful intent, impact or affect.

## NINTH DEFENSE

9. Plaintiff's claims are barred due to an insufficiency in the service of process upon Defendants.

## TENTH DEFENSE

10. The Court lacks personal jurisdiction over Defendants.

## ELEVENTH DEFENSE

11. To avoid waiver, the Defendants asserts all affirmative defenses in Civil Rule 8.03 as a bar to Plaintiff's claims.

WHEREFORE, having fully answered, the Defendants, Dusty's Lawn Care and Dusty Jones, individually and as owner/operator of Dusty's Lawn Care, demand that the Complaint be dismissed with prejudice at the cost of the Plaintiff, for an award of attorney fees incurred in defending this action, for trial by jury, and for any and all other relief to which they may appear to be entitled.

4

ANS : 000004 of 000005

Filed                25-CI-00055        02/12/2025        David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/28/2025 01:43:17
PM
25850-92

Respectfully submitted,

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq. (#43548)
Madeline S. Blesi, Esq. (#100914)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
p: 859.394.6200 | f: 859.392.7200
jmando@adamsattorneys.com
mblesi@adamsattorneys.com

*Attorneys for the Defendants, Dusty's Lawn Care and Dusty Jones, individually and as owner/operator of Dusty's Lawn Care*

## CERTIFICATE OF SERVICE

This is to certify that on the **12th** day of February, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CourtNet system, which will send a notice of electronic filing to: Robert Blau, Esq.; Brandon Voelker, Esq.

I certify that a copy was also served via U.S. Mail upon the following:

Namdar Realty Group, LLC
c/o The LLC, Registered Agent
150 Great Neck Road, Suite 304
Great Neck, NY 11021

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq.

5

ANS : 000005 of 000005

Filed                25-CI-00055        02/12/2025        David S. Martin, Boone Circuit Clerk

Tendered          25-CI-00055      02/17/2025          David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT

03/28/2025 01:43:27 PM

25850-92

**COMMONWEALTH OF KENTUCKY**
**BOONE CIRCUIT COURT**
**CASE NO. 25-CI-00055**

**ERIN KRAMER**                                                                          **PLAINTIFF**

**vs.**

**NAMDAR REALTY GROUP, et al.**                                          **DEFENDANTS**

---

### AGREED ORDER FOR EXTENSION OF TIME

---

By agreement of the parties as indicated by their signatures below, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1) The Defendant, DIVERSIFIED COMMERCIAL SERVICES, LLC, shall be granted a thirty (30) day extension to file its Answer to Plaintiff's Complaint filed with this Court on January 14, 2025.

2) The Defendant, DIVERSIFIED COMMERCIAL SERVICES, LLC, shall file its Answer on or before March 9, 2025.

DATED this ___ day of February 2025.

_____
HON. JAMES R. SCHRAND, BOONE COUNTY
CIRCUIT COURT

**HAVE SEEN AND AGREED:**

_/s/ Robert E. Blau (via email authority)_
Robert E. Blau
BLAU & KRIEGE, PLLC
3699 Alexandria Pike
Cold Spring, KY 41076
(859) 441-5400
blau.kriege@gmail.com
*Attorney for Plaintiff*

/s/ Brandon N. Voelker
Brandon N. Voelker (88076)
GATLIN VOELKER, PLLC
50 E. Rivercenter Blvd, Suite 1275
Covington, KY 41011
(859) 781-9100
bvoelker@gatlinvoelker.com
*Attorney for Defendant Diversified Commercial Services, LL*

TD : 000001 of 000001

Entered        25-CI-00055        02/18/2025        David S. Martin, Boone Circuit Clerk

NOT ORIGINAL

03/28/2025 01:43:35 PM

25850-92

**COMMONWEALTH OF KENTUCKY**
**BOONE CIRCUIT COURT**
**CASE NO. 25-CI-00055**

**ERIN KRAMER**                                                                          **PLAINTIFF**

**vs.**

**NAMDAR REALTY GROUP, et al.**                                       **DEFENDANTS**

---

### AGREED ORDER FOR EXTENSION OF TIME

---

By agreement of the parties as indicated by their signatures below, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1) The Defendant, DIVERSIFIED COMMERCIAL SERVICES, LLC, shall be granted a thirty (30) day extension to file its Answer to Plaintiff's Complaint filed with this Court on January 14, 2025.

2) The Defendant, DIVERSIFIED COMMERCIAL SERVICES, LLC, shall file its Answer on or before March 9, 2025.

DATED this ___ day of February 2025.

_____
JUDGE JAMES R. SCHRAND
electronically signed
2/10/2025 2:54:39 PM ET

HON. JAMES R. SCHRAND, BOONE COUNTY CIRCUIT COURT

**HAVE SEEN AND AGREED:**

_/s/ Robert E. Blau (via email authority)_
Robert E. Blau
BLAU & KRIEGE, PLLC
3699 Alexandria Pike
Cold Spring, KY 41076
(859) 441-5400
blau.kriege@gmail.com
*Attorney for Plaintiff*

/s/ *Brandon N. Voelker*
Brandon N. Voelker (88076)
GATLIN VOELKER, PLLC
50 E. Rivercenter Blvd, Suite 1275
Covington, KY 41011
(859) 781-9100
bvoelker@gatlinvoelker.com
*Attorney for Defendant Diversified Commercial Services, LL*

OO : 000001 of 000001

Filed        25-CI-00055    03/26/2025        David S. Martin, Boone Circuit Clerk

NOT ORIGINAL

DOCUMENT

PM

03/28/2025 01:43:44

25850-92

COMMONWEALTH OF KENTUCKY
BOONE CIRCUIT COURT
CASE NO. 25-CI-00055
*Electronically Filed*

ERIN KREMER                                                    PLAINTIFF

v.                              **ANSWER AND CROSS-CLAIM**

NAMDAR REALTY GROUP, LLC, ET AL.                              DEFENDANTS

** ** ** ** ** **

Comes the Defendant, Diversified Commercial Services, LLC ("DCS"), by counsel, and for its answer to the complaint filed against it by the Plaintiff, Erin Kremer, states as follows:

**FIRST DEFENSE**

1.      All or part of the Plaintiff's complaint fails to state a claim against DCS upon which relief can be granted.

**SECOND DEFENSE**

2.      DCS is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraphs 1, 2, 3, 4, and 6 of the Plaintiff's complaint, and therefore denies those allegations.

3.      To the extent that paragraphs 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16 of Plaintiff's Complaint state legal conclusions, no response is required. To the extent that a response is required, and to the extent that said paragraphs assert factual allegations or legal conclusions against DCS, DCS denies them.

Filed            25-CI-00055        03/26/2025            David S. Martin, Boone Circuit Clerk

AACR : 000001 of 000009

Filed

25-CI-00055    03/26/2025

David S. Martin, Boone Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

03/28/2025 01:43:44

25850-92

4.    DCS denies all allegations contained in the Plaintiff's complaint not mentioned or admitted hereinabove.

### THIRD DEFENSE

5.    DCS relies upon all the affirmative defenses contained in CR 8.03, including but not limited to: assumption of the risk; contributory negligence; estoppel; waiver; laches; statute of limitations; and comparative fault on the part of the Plaintiff and other parties and non-parties to this action, and other persons or entities not under the control of DCS.

### FOURTH DEFENSE

6.    To the extent the Plaintiff has received insurance or other benefits to which the payor is subrogated to the claims asserted by the Plaintiff, the Plaintiff is not the owner of such claims, and the amount of any damages claimed herein must be reduced accordingly.

### FIFTH DEFENSE

7.    The Plaintiff is not the real party in interest as to some or all of the damages claimed in the Plaintiff's complaint.

### SIXTH DEFENSE

8.    The Plaintiff's alleged damages were caused by the negligence, fault, actions, or omissions of others for whom DCS is not legally responsible.

### SEVENTH DEFENSE

9.    The Plaintiff's claims against DCS are barred in whole or in part by the intervening and superseding negligence of third parties.

AACR : 000002 of 000009

NOT ORIGINAL
DOCUMENT
03/28/2025 01:43:44
PM
25850-92

## EIGHTH DEFENSE

10.     To the extent that any person or entity exists that has paid any amounts to or for the benefit of the Plaintiff for the damages alleged in the complaint and who have not been properly notified of their subrogation rights, the Plaintiff has failed to comply with KRS 411.188, and her complaint is barred.

## NINTH DEFENSE

11.     If at the time and place of the accident in question, the Plaintiff failed to exercise ordinary care for her own safety and such failure was the sole or a substantial factor in contributing to or causing her alleged injuries and damages, then her claims are barred under KRS 411.182 or, in the alternative, liability or fault should be apportioned to her accordingly.

## TENTH DEFENSE

12.     The Plaintiff's injuries were not reasonably foreseeable, and DCS is therefore not liable to the Plaintiff.

## ELEVENTH DEFENSE

13.     DCS denies the existence of any unreasonably dangerous condition upon its premises at the time and place of the Plaintiff's alleged injury.

## TWELFTH DEFENSE

14.     Any alleged defect or dangerous condition existing on the property at the time of the Plaintiff's alleged injury was open and obvious, and DCS is therefore not responsible for the Plaintiff's injuries.

AACR : 000003 of 000009

Filed 25-CI-00055 03/26/2025 David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/28/2025 01:43:44
PM
25850-92

## THIRTEENTH DEFENSE

15. If any alleged defect or dangerous condition existing on the property at the time of the Plaintiff's alleged injury was not open and obvious, such defect was unknown to DCS, and DCS is therefore not responsible for the Plaintiff's injuries.

## FOURTEENTH DEFENSE

16. The Plaintiff's claims against DCS do not exceed the Court's minimum jurisdictional limit, and the Court therefore does not have jurisdiction of the subject matter of this action.

## FIFTEENTH DEFENSE

17. DCS reserves the right to plead further as the facts are developed in this case.

## CROSS-CLAIM AGAINST DUSTY'S LAW CARE AND DUSTY JONES, INDIVIDUALLY AND AS OWNER/OPERATOR OF DUSTY'SLAWN CARE

Comes the Defendant and Cross-Claimant, Diversified Commercial Services, LLC ("DCS"), by counsel, pursuant to Ky. R. Civ. P. 13.07, and for its cross-claim against Co-Defendants, Dusty's Lawn Care and Dusty Jones, individually and as owner/operator of Dusty's Lawn Care (collectively, "Dusty's"), states as follows:

## COUNT I – COMMON LAW INDEMNITY

1. The Cross-Claimant, DCS, reaffirms, readopts, and incorporates by reference all preceding paragraphs as though fully set forth herein in their entirety.

AACR : 000004 of 000009

Filed            25-CI-00055        03/26/2025                David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT

PM

03/28/2025 01:43:44

25850-92

AACR : 000005 of 000009

2.      The right to indemnity is of common law origin and is available to one exposed to liability because of the wrongful act of another with whom he/she/it is not *in pari delicto*. *Degener v. Hall Contracting Corp.*, 27 S.W.3d 775, 780 (Ky. 2000).

3.      The Plaintiff filed a complaint against DCS and Dusty's alleging she was injured due to DCS and Dusty's negligently failing to maintain the safety of the premises, by clearing it of snow and hidden ice, located at 2028 Florence Mall in Florence, Kentucky ("premises").

4.      Dusty's was solely responsible for clearing the premises of snow and hidden ice.

5.      If the Plaintiff should recover based upon the allegations stated in her complaint, said damages will have been caused and brought about because Dusty's failed to clear snow and hidden ice from the premises where the Plaintiff sustained her alleged injuries.

6.      The culpability of DCS will only be secondary, if at all, and the culpable acts of Dusty's will have been primary.  If the Plaintiff recovers from DCS, then DCS will have been injured and seeks as a Cross-Claimant indemnification for any and all amounts that DCS may have to pay, or, in the alternative, contribution on a proportionate basis, towards any and all amounts that DCS may have to pay.

## COUNT II – CONTRACTUAL INDEMNITY

7.      DCS reaffirms, readopts, and incorporates by reference all preceding paragraphs as though fully set forth herein in their entirety.

Filed 25-CI-00055 03/26/2025 David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT

03/28/2025 01:43:44 PM

25850-92

8. DCS entered into a contract with Dusty's wherein Dusty's agreed to clear the premises at 2028 Florence Mall in Florence, Kentucky of snow and ice.

9. In her complaint, the Plaintiff alleges she sustained injuries on January 20, 2024, due to DCS and Dusty's failure to exercise reasonable care in clearing the ice and ice existing on the premises.

10. If the Plaintiff recovers based upon the allegations stated in her complaint, said damages will have been caused and brought about solely because of Dusty's failure to clear the premises of snow and ice, as Dusty's promised in its contract with DCS.

11. The culpability of the DCS will only be secondary, if at all, and the culpable acts of Dusty's will have been primary. If the Plaintiff recovers from DCS, then DCS will have been injured and seek as a Cross-Claimant indemnification for any and all amounts that DCS may have to pay; or, in the alternative, contribution on a proportionate basis towards any and all amounts DCS may have to pay.

## COUNT III – APPORTIONMENT

12. DCS reaffirms, readopts, and incorporates by reference all preceding paragraphs as though fully set forth herein in their entirety.

13. To the extent the Plaintiff or any other persons or entities seek to recover any sums for damages upon their claims against DCS arising out of the *sub judice* complaint, DCS is entitled to an apportionment of any such liability to and from Dusty's or any other persons or entities that have made any active assertion of a claim as required by KRS 411.182.

AACR : 000006 of 000009

Filed    25-CI-00055    03/26/2025    David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/28/2025 01:43:44
PM
25850-92

## COUNT IV – NEGLIGENCE

14.    DCS, reaffirms, readopts, and incorporates by reference all preceding paragraphs as though fully set forth herein in their entirety.

15.    Dusty's had a duty to maintain the safety of the premises, by clearing the premises of snow and ice, where the Plaintiff alleges she was injured in her complaint.

16.    Dusty's breached said duty when it negligently failed to properly clear the premises of snow and ice, and the Plaintiff's complaint claims the presence of snow and/or ice upon the premises caused her injuries.

17.    As a result of Dusty's negligence, the Plaintiff's complaint alleges she has an independent cause of action against DCS.

18.    The Plaintiff's complaint alleges she suffered permanent injury as a result of Dusty's and DCS's negligence.

19.    Dusty's is subject to any losses directly and proximately caused by its own negligence and breach of its duties, as determined by the trier of fact.

**WHEREFORE**, the Defendant/Cross-Claimant, Diversified Commercial Services, LLC, prays and demands as follows:

1.    That the Complaint against it by the Plaintiff be dismissed, with prejudice;

2.    For judgment against the Cross-Claim Defendants, Dusty's Lawn Care and Dusty Jones, individually and as owner/operator of Dusty's Lawn Care, for any sums that it is required to pay to the Plaintiff in this action;

3.    For its costs herein expended, including attorneys' fees, if appropriate;

AACR : 000007 of 000009

Filed    25-CI-00055    03/26/2025    David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/28/2025 01:43:44
PM
25850-92

4.    For a trial by jury on all issues so triable; and

5.    For any and all other proper relief to which it may appear entitled.


Respectfully submitted,

/s/ Ryan M. Quinton
Charles H. Cassis
Ryan M. Quinton
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
ccassis@goldbergsimpson.com
rquinton@goldbergsimpson.com
*Counsel for Defendant, Diversified Commercial Services, LLC*

Filed    25-CI-00055    03/26/2025    David S. Martin, Boone Circuit Clerk

Filed          25-CI-00055      03/26/2025          David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT

03/28/2025 01:43:44 PM

25850-92

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of March, 2025, I electronically filed this document through the eFiling system, which will send a notice of electronic filing to the following:

Robert E. Blau
Blau & Kriege, PLLC
3699 Alexandria Pike
Cold Spring, KY 41076
blau.kriege@gmail.com
*Counsel for Plaintiff*

Jeffrey C. Mando
Madeline S. Blesi
Adams Law, PLLC
40 West Pike Street
Covington, KY 41011
jmando@adamsattorneys.com
mblesi@adamsattorneys.com
*Counsel for the Defendants, Dusty's Lawn Care and Dusty Jones, individually and as owner/operator of Dusty's Lawn Care*

Brandon N. Voelker
Gatlin Voelker, PLLC
50 East Rivercenter Blvd., Suite 1275
Covington, KY 41001
bvoelker@gatlinvoelker.com
*Co-Counsel for Defendant Diversified Commercial Services, LLC*

I hereby certify that a copy was also served via the USPS, First Class Mail to the following:

Namdar Realty Group, LLC
c/o The LLC, Registered Agent
150 Great Neck Road, Suite 304
Great Neck, NY 11021

/s/ Ryan M. Quinton
*Counsel for Defendant, Diversified Commercial Services, LLC*

AACR : 000009 of 000009

Filed          25-CI-00055      03/26/2025          David S. Martin, Boone Circuit Clerk

Filed        25-CI-00055        03/28/2025        David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT
03/28/2025 01:43:52 PM
25850-92

**COMMONWEALTH OF KENTUCKY**
**BOONE CIRCUIT COURT**
**DIVISION III**
**CASE NO. 25-CI-00055**

**ERIN KREMER**                                                               **PLAINTIFF**

**v.**

**DUSTY'S LAWN CARE,** *et al.*                                              **DEFENDANTS**

---

### ANSWER TO CROSSCLAIM
*(Filed Electronically)*

---

The Defendants, Dusty's Lawn Care and Dusty Jones, individually and as owner/operator of Dusty's Lawn Care (collectively, "Dusty's"), by and through counsel, for their Answer to the Crossclaim of Defendant, Diversified Commercial Services, LLC ("DCS"), state as follows:

1.      Dusty's denies the averments in paragraph 1 of the Crossclaim.

2.      The averments in paragraph 2 of the Crossclaim call for a conclusion of law with Dusty's is not required to make and accordingly, no response is required.

3.      Dusty's admit so much of paragraph 3 of the Crossclaim that avers that Plaintiff filed a Complaint against DCS and Dusty's, affirmatively states that the Complaint speaks for itself and requires no further response by Dusty's, and otherwise denies all remaining averments therein.

4.      Dusty's denies the averments in paragraph 4 of the Crossclaim.

5.      Dusty's denies the averments in paragraph 5 of the Crossclaim.

6.      Dusty's denies the averments in paragraph 6 of the Crossclaim.

Filed        25-CI-00055        03/28/2025        1        David S. Martin, Boone Circuit Clerk

ANS : 000001 of 000004

Filed 25-CI-00055 03/28/2025 David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT
03/28/2025 01:43:52 PM
25850-92

7. Dusty's reiterates its admissions and denials to the averments is paragraphs 1 – 6 as adopted in paragraph 7 of the Crossclaim.

8. Dusty's admits that it entered into a contract with DCS, affirmatively states that the contract speaks for itself and requires no further response by Dusty's, and otherwise denies all remaining averments therein.

9. Dusty's admits that Plaintiff filed a Complaint against DCS and Dusty's, affirmatively states that the Complaint speaks for itself and requires no further response by Dusty's, and otherwise denies all remaining averments therein.

10. Dusty's denies the averments in paragraph 10 of the Crossclaim.

11. Dusty's denies the averments in paragraph 11 of the Crossclaim.

12. Dusty's reiterates its admissions and denials to the averments is paragraphs 1 – 11 as adopted in paragraph 12 of the Crossclaim.

13. Dusty's denies the averments in paragraph 13 of the Crossclaim.

14. Dusty's reiterates its admissions and denials to the averments is paragraphs 1 – 13 as adopted in paragraph 14 of the Crossclaim.

15. The averments in paragraph 15 of the Crossclaim call for a conclusion of law with Dusty's is not required to make and accordingly, no response is required.

16. Dusty's denies the averments in paragraph 16 of the Crossclaim.

17. Dusty's denies the averments in paragraph 17 of the Crossclaim.

18. Plaintiff's Complaint, as referenced in paragraph 18 of the Crossclaim, speaks for itself and requires no further response by Dusty's.

19. Dusty's denies the averments in paragraph 19 of the Crossclaim.

ANS : 000002 of 000004

2

Filed          25-CI-00055       03/28/2025          David S. Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT

03/28/2025 01:43:52 PM

25850-92

### FIRST DEFENSE

1.    The Crossclaim fails to allege facts sufficient to state a claim against Dusty's upon which relief may be granted.

### SECOND DEFENSE

2.    Dusty's adopts, reiterates and incorporates by reference herein all affirmative defenses in its Answer to Plaintiff's Complaint as a bar or limitation to the claims asserted in DCS's Crossclaim.

WHEREFORE, having fully answered, the Defendants, Dusty's Lawn Care and Dusty Jones, individually and as owner/operator of Dusty's Lawn Care, demand that the Crossclaim be dismissed with prejudice at the cost of the Defendant, Diversified Commercial Services, LLC, for an award of attorney fees incurred in defending the Crossclaim, and for any and all other relief to which they may appear to be entitled.

Respectfully submitted,

**/s/ Jeffrey C. Mando**
Jeffrey C. Mando, Esq. (#43548)
Madeline S. Blesi, Esq. (#100914)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
p: 859.394.6200 | f: 859.392.7200
jmando@adamsattorneys.com
mblesi@adamsattorneys.com

*Attorneys for the Defendants, Dusty's Lawn Care and Dusty Jones, individually and as owner/operator of Dusty's Lawn Care*

ANS : 000003 of 000004

Filed          25-CI-00055       03/28/2025          David S. Martin, Boone Circuit Clerk

Filed        25-CI-00055        03/28/2025                     David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/28/2025 01:43:52
PM

## CERTIFICATE OF SERVICE

This is to certify that on the **28th** day of March, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CourtNet system, which will send a notice of electronic filing to: Robert Blau, Esq.; Brandon Voelker, Esq.; Ryan M. Quinton, Esq.

I certify that a copy was also served via U.S. Mail upon the following:

Namdar Realty Group, LLC
c/o The LLC, Registered Agent
150 Great Neck Road, Suite 304
Great Neck, NY 11021


/s/ Jeffrey C. Mando
Jeffrey C. Mando, Esq.

ANS : 000004 of 000004